# EXHIBIT A

# AUTHENTIC SQUEEZAMALS PRODUCTS



# **<u>AUTHENTIC SQUEEZAMALS PRODUCTS</u>**



# **AUTHENTIC SQUEEZAMALS PRODUCTS**



# **AUTHENTIC SQUEEZAMALS PRODUCTS**



# **AUTHENTIC SQUEEZAMALS PRODUCTS**

