# EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Tesla*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-111-231

**Effective Date of Registration:**
July 19, 2018

---

## Title

**Title of Work:** Squeezamals Series 1 White Cat

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** December 21, 2017
**Nation of 1st Publication:** United States

## Author

• **Author:** Benson Tjio
**Author Created:** sculpture
**Work made for hire:** No
**Domiciled in:** Indonesia

## Copyright Claimant

**Copyright Claimant:** Beverly Hills Teddy Bear Company
24625 Railroad Avenue, Newhall, CA, 91321
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Epstein Drangel LLP
**Name:** Jason M. Drangel
**Email:** mail@ipcounselors.com
**Telephone:** (212)292-5390
**Address:** 60 East 42nd Street
Suite 2520
New York, NY 10165 United States

## Certification

**Name:** Kerry B. Brownlee
**Date:** July 19, 2018













# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay H. Lasle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-111-212

**Effective Date of Registration:**
July 19, 2018

## Title

**Title of Work:** Squeezamals Series 1 Dog

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** December 21, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Benson Tjio
  **Author Created:** sculpture
  **Work made for hire:** No
  **Domiciled in:** Indonesia

## Copyright Claimant

**Copyright Claimant:** Beverly Hills Teddy Bear Company
24625 Railroad Avenue, Newhall, CA, 91321
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Epstein Drangel LLP
**Name:** Jason M. Drangel
**Email:** mail@ipcounselors.com
**Telephone:** (212)292-5390
**Address:** 60 East 42nd Street
Suite 2520
New York, NY 10165 United States

## Certification

**Name:**  Kerry B. Brownlee
**Date**:   July 19, 2018













# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay H. Perlee*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-111-208**

**Effective Date of Registration:**
July 20, 2018

## Title

**Title of Work:**   Squeezamals Series 1 Monkey

## Completion/Publication

**Year of Completion:**   2017
**Date of 1st Publication:**   December 21, 2017
**Nation of 1st Publication:**   United States

## Author

**Author:**   Benson Tjio
**Author Created:**   sculpture
**Work made for hire:**   No
**Domiciled in:**   Indonesia

## Copyright Claimant

**Copyright Claimant:**   Beverly Hills Teddy Bear Company
24625 Railroad Avenue, Newhall, CA, 91321
**Transfer statement:**   By written agreement

## Rights and Permissions

**Organization Name:**   Epstein Drangel LLP
**Name:**   Jason M. Drangel
**Email:**   mail@ipcounselors.com
**Telephone:**   (212)292-5390
**Address:**   60 East 42nd Street
Suite 2520
New York, NY 10165 United States

## Certification

**Name:**  Kerry B. Brownlee
**Date:**  July 20, 2018













# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay H. Tesh*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-111-202**

**Effective Date of Registration:**
July 20, 2018

## Title

**Title of Work:** Squeezamals Series 1 Panda

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** December 21, 2017
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Benson Tjio
  **Author Created:** sculpture
  **Work made for hire:** No
  **Domiciled in:** Indonesia

## Copyright Claimant

**Copyright Claimant:** Beverly Hills Teddy Bear Company
24625 Railroad Avenue, Newhall, CA, 91321
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Epstein Drangel LLP
**Name:** Jason M. Drangel
**Email:** mail@ipcounselors.com
**Telephone:** (212)292-5390
**Address:** 60 East 42nd Street
Suite 2520
New York, NY 10165 United States

## Certification

**Name:** Kerry B. Brownlee
**Date:** July 20, 2018













# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay H. Tugle*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-111-230**

**Effective Date of Registration:**
July 19, 2018

**Title** _____

     **Title of Work:** Squeezamals Series 1 Penguin

**Completion/Publication** _____

     **Year of Completion:** 2017
     **Date of 1st Publication:** December 21, 2017
     **Nation of 1st Publication:** United States

**Author** _____

     •     **Author:** Benson Tjio
     **Author Created:** sculpture
     **Work made for hire:** No
     **Domiciled in:** Indonesia

**Copyright Claimant** _____

     **Copyright Claimant:** Beverly Hills Teddy Bear Company
                      24625 Railroad Avenue, Newhall, CA, 91321
     **Transfer statement:** By written agreement

**Rights and Permissions** _____

     **Organization Name:** Epstein Drangel LLP
     **Name:** Jason M. Drangel
     **Email:** mail@ipcounselors.com
     **Telephone:** (212)292-5390
     **Address:** 60 East 42nd Street
               Suite 2520
               New York, NY 10165 United States

**Certification** _____

**Name:**  Kerry B. Brownlee
**Date:**  July 19, 2018











