# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay H. Tool*

Acting United States Register of Copyrights and Director

**Registration Number**

# VA 2-112-188

**Effective Date of Registration:**
July 25, 2018

## Title

**Title of Work:** Squeezamals Series 1 Unicorn

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** February 27, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Benson Tjio
  **Author Created:** sculpture
  **Work made for hire:** No
  **Domiciled in:** Indonesia

## Copyright Claimant

**Copyright Claimant:** Beverly Hills Teddy Bear Company
24625 Railroad Avenue, Newhall, CA, 91321
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Epstein Drangel LLP
**Name:** Jason M. Drangel
**Email:** mail@ipcounselors.com
**Telephone:** (212)292-5390
**Address:** 60 East 42nd Street
Suite 2520
New York, NY 10165 United States

## Certification

**Name:** Kerry B. Brownlee
**Date:** July 25, 2018













# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay H. Tusle*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-112-164**

**Effective Date of Registration:**
July 25, 2018

## Title

**Title of Work:** Squeezamals Series 1 Packaging

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** February 27, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Beverly Hills Teddy Bear Company
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Beverly Hills Teddy Bear Company
24625 Railroad Avenue, Newhall, CA, 91321

## Rights and Permissions

**Organization Name:** Epstein Drangel LLP
**Name:** Jason M. Drangel
**Email:** mail@ipcounselors.com
**Telephone:** (212)292-5390
**Address:** 60 East 42nd Street
Suite 2520
New York, NY 10165 United States

## Certification

Page 1 of 2

**Name:**  Kerry B. Brownlee
**Date**:  July 25, 2018



5011    Squeezamals 3.5" CDU / 24 pcs / English & French

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Teyle*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-129-675**

**Effective Date of Registration:**
December 12, 2018

---

## Title

**Title of Work:** Squeezamals Season 2 Elephant

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** August 30, 2018
**Nation of 1st Publication:** Australia

## Author

- **Author:** Benson Tijo
  **Author Created:** sculpture
  **Work made for hire:** No
  **Domiciled in:** Indonesia

## Copyright Claimant

**Copyright Claimant:** Beverly Hills Teddy Bear Company
24625 Railroad Avenue, Santa Clarita, CA, 91321, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Epstein Drangel LLP
**Name:** Jason M. Drangel
**Email:** mail@ipcounselors.com
**Telephone:** (212)292-5390
**Address:** 60 E. 42nd Street
Suite 2520
New York, NY 10165 United States

## Certification

**Name:** Dwana S. Dixon
**Date:** December 12, 2018













# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kary A. Teigh*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-129-679

**Effective Date of Registration:**
December 12, 2018

---

## Title

**Title of Work:** Squeezamals Season 2 Furball

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** August 30, 2018
**Nation of 1st Publication:** Australia

## Author

•        **Author:** Benson Tijo
**Author Created:** sculpture
**Work made for hire:** No
**Domiciled in:** Indonesia

## Copyright Claimant

**Copyright Claimant:** Beverly Hills Teddy Bear Company
24625 Railroad Avenue, Santa Clarita, CA, 91321, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Epstein Drangel LLP
**Name:** Jason M. Drangel
**Email:** mail@ipcounselors.com
**Telephone:** (212)292-5390
**Address:** 60 E. 42nd Street
Suite 2520
New York, NY 10165 United States

## Certification

**Name:** Dwana S. Dixon
**Date:** December 12, 2018











