# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kary H. Teyla*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-129-672**

**Effective Date of Registration:**
December 12, 2018

## Title

       **Title of Work:**  Squeezamals Season 2 Giraffe

## Completion/Publication

       **Year of Completion:**  2017
       **Date of 1st Publication:**  August 30, 2018
       **Nation of 1st Publication:**  Australia

## Author

       • **Author:**  Benson Tijo
       **Author Created:**  sculpture
       **Work made for hire:**  No
       **Domiciled in:**  Indonesia

## Copyright Claimant

       **Copyright Claimant:**  Beverly Hills Teddy Bear Company
       24625 Railroad Avenue, Santa Clarita, CA, 91321, United States
       **Transfer statement:**  By written agreement

## Rights and Permissions

       **Organization Name:**  Epstein Drangel LLP
       **Name:**  Jason M. Drangel
       **Email:**  mail@ipcounselors.com
       **Telephone:**  (212)292-5390
       **Address:**  60 E. 42nd Street
       Suite 2520
       New York, NY 10165 United States

## Certification

**Name:** Dwana S. Dixon
**Date:** December 12, 2018











# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kary H. Tingle*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-129-669**

**Effective Date of Registration:**
December 12, 2018

## Title

| | |
|---|---|
| **Title of Work:** | Squeezamals Season 2 Zebra |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | August 30, 2018 |
| **Nation of 1st Publication:** | Australia |

## Author

| | |
|---|---|
| **• Author:** | Benson Tijo |
| **Author Created:** | sculpture |
| **Work made for hire:** | No |
| **Domiciled in:** | Indonesia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Beverly Hills Teddy Bear Company |
| | 24625 Railroad Avenue, Santa Clarita, CA, 91321, United States |
| **Transfer statement:** | By written agreement |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Epstein Drangel LLP |
| **Name:** | Jason M. Drangel |
| **Email:** | mail@ipcounselors.com |
| **Telephone:** | (212)292-5390 |
| **Address:** | 60 E. 42nd Street |
| | Suite 2520 |
| | New York, NY 10165 United States |

## Certification

Page 1 of 2

**Name:** Dwana S. Dixon
**Date:** December 12, 2018











